1  Daniel B. Beck, SBN 63865
   Evan Livingstone, SBN 252008
2  Beck Law P.C.
   2681 Cleveland Avenue
3  Santa Rosa CA 95403
   Phone: 707-576-7175
4  Fax: 707-576-1878

5  Email: evanlivingstone@sbcglobal.net

6  Attorneys for Debtors

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 In re                                    Case No.10-10557

11 Diggory BB Williams and Margaret M Williams    Chapter 13

12     Debtors(s)                           MOTION FOR ORDER
                                            DETERMINING VALUE OF SECURED
13 _____/  CLAIM AND FOR ORDER AVOIDING
                                            LIEN; AND DECLARATION OF
14                                          DEBTOR

15                                          Date:  May 17, 2010
                                            Time:  1:30 PM
16                                          Place: 99 E Street, Santa Rosa, CA

17 To: VIRTUAL BANK

18     Diggory BB Williams and Margaret M Williams, Debtor(s) herein, hereby move the

19 Court for an order determining the value of the (second priority) secured claim of VIRTUAL

20 BANK ("Junior Lienholder") and for an order avoiding the second priority lien of Junior

21 Lienholder. Debtor(s) represent:

22     1. This Chapter 13 case was commenced by voluntary petition on February 22, 2010.

23     2. Debtor(s) are the owners of real property located at 1257 Kerney St, Santa Rosa, CA

24 (APN: 012-464-007-000) (hereinafter the "Real Property").

3. On or about 7/20/2006, Debtors borrowed a sum of money from BAC Home Loan Servicing ("Senior Lienholder"). In exchange, debtors gave the lender a Promissory Note and granted it a first priority security interest in the Real Property which was recorded as a first Deed of Trust. As of filing, the balance owed under the Note to the Senior Lienholder is approximately $403,037.

4. On or about 7/20/2006, Debtors borrowed an additional sum from Virtual Bank ("Junior Lienholder"). In exchange, debtor(s) gave Junior Lienholder a Promissory Note with Loan No. 3000023828726 and granted it a second priority security interest in the Real Property, which was recorded as a Deed of Trust in the Sonoma County Recorder's Office on 07/28/2006, as Instrument No. 2006093578. Debtor(s) are informed and believe that at the time of the filing of the petition the amount owed on this debt was $61,130.

5. Debtors are informed and believe, based upon sales and comparable properties in the same area, that the current value of the Real Property is $214,323 or less.

6. The second priority claim of Junior Lienholder is wholly unsecured pursuant to Section 506(a) because the value of the Real Property is less than the balance owed under the first priority Note and Deed of Trust. 11 U.S.C. § 506(a). As such, the second priority lien of Junior Lienholder is subject to avoidance upon Debtor(s)' successful completion of their Chapter 13 Plan. 11 U.S.C. § 1322(b)(2).

WHEREFORE, Debtors request that the Court enter an order disallowing the (second priority) secured claim of VIRTUAL BANK and for an order avoiding the second priority lien of VIRTUAL BANK upon completion of the Chapter 13 Plan.

Date: March 10, 2010                    BECK LAW P.C.

                                        /s/ Dan B. Beck
                                        by: Dan B Beck
                                        Attorneys for Debtor(s)

# DECLARATION OF DIGGORY BB WILLIAMS

I, DIGGORY BB WILLIAMS, declare and say:

I am the debtor described in the above motion. Based on my personal knowledge and my examination of the documents described above I declare under penalty of perjury that the facts described in the above motion are true and correct to the best of my knowledge information and belief.

Date: March 10, 2010

                                          <u>/s/ Diggory BB Williams</u>
                                          DIGGORY BB WILLIAMS