```
 1  Daniel Beck, Esq. SBN 63865
    Evan Livingstone, Esq. SBN 252008
 2  Beck Law, P.C.
    2681 Cleveland Avenue
 3  Santa Rosa, CA 95403
    Tel.: (707) 576-7175
 4  Fax: (707) 576-1878
 5  evanlivingstone@sbcglobal.net
```

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re: Diggory B.B. Williams & Margaret M. Heard-Williams,<br>　　　　　　　　　　　　　Debtors, | Case No. 10-10557-AJ13<br>Chapter 13 |
| Diggory B.B. Williams & Margaret M. Heard-Williams, <br><br>　　　　　　Movant,<br><br>vs.<br><br>VirtualBank, a Division of Lydian Private Bank, a Federal Savings Bank and/or its Assignees or Successors,<br><br>　　　　　　Respondent(s). | Judge: Alan Jaroslovsky<br><br>STIPULATION FOR MOTION FOR ORDER DETERMINING VALUE OF SECURED CLAIM AND FOR ORDER AVOIDING LIEN |

This Stipulation is entered into by and between Debtors, Diggory B.B. Williams & Margaret M. Heard-Williams hereinafter ("Debtors"), by and through their attorneys of record, and VirtualBank, a Division of Lydian Private Bank, a Federal Savings Bank and/or its Assignees or Successors, hereinafter ("VirtualBank"), by and through its attorneys of record.

///

///

///

## RECITALS

A. Debtors are the makers of a Loan Agreement in favor of in the original principle amount of $63,000.00 secured by a Second Trust Deed encumbering the real property located at **1257 Kerney Street, Santa Rosa, California 95401** (hereinafter referred to as the "Property"). The legal description of the Property is attached hereto as **Exhibit 1**. The said Second Trust Deed was recorded as instrument number 2006093579 on July 28, 2006 in the Official Records of the County of Sonoma. The Note and Deed of Trust are hereinafter collectively referred to as the "Subject Loan."

B. VirtualBank is currently the beneficiary of the Subject Loan.

C. On or about February 22, 2010, Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of the State of California, Santa Rosa Division, and was assigned Case No. 10-10557-AJ13.

D. On or about March 10, 2010, Debtors filed a Motion for Order Determining Value of Secured Claim and for Order Avoiding Lien against VirtualBank praying that the Court enter an order disallowing the (second priority) secured claim of VirtualBank and for an order avoiding the second priority lien of VirtualBank upon completion of the Chapter 13 Plan.

## STIPULATION

THE PARTIES HEREBY STIPULATE AND AGREE TO JUDGMENT AS FOLLOWS:

1. VirtualBank shall be allowed to file an unsecured Proof of Claim to be paid in accordance with the Debtors' Chapter 13 plan and subject to the conditions set forth below, the second trust deed that VirtualBank shall be avoided in its' entirety.

2. The avoidance of the lien of VirtualBank's Second Trust Deed is contingent upon the Debtors' completion of their Chapter 13 Plan.

3. Upon completion of the Debtors' Chapter 13 Plan, this Stipulation may be recorded by the Debtors in the Office of the County Recorder for the county in which the Property is located.

2

4. VirtualBank shall retain the lien of its Second Trust Deed for the full amount of its claim in the event that the Debtors' Chapter 13 case is either dismissed or converted to a case under Chapter 7.

5. In the event that the holder of the first lien on the Property forecloses on its security interest in the Property and extinguishes the lien of VirtualBank's Second Trust Deed prior to the Debtors' completion of their Chapter 13 Plan, VirtualBank's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of such foreclosure sale.

6. Each party to this Stipulated Judgment shall bear their own attorneys' fees and costs incurred in connection with the within the bankruptcy.

Date: May 14, 2010    ROUP & ASSOCIATES

By: _____
Joan Spaeder-Younkin
Attorney for VirtualBank, Respondent

Date: May __14__, 2010    BECK LAW, P.C.

By: _____
Evan Livingstone, Esq.
Attorney for Diggory B.B. Williams &
Margaret M. Heard-Williams, Debtors