Daniel B. Beck, SBN 63865
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-1878
Email: evanlivingstone@sbcglobal.net

Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

Diggory BB Williams and
Margaret M Williams

Debtors_____
____/

Case No.   10-10557

Chapter   13

### ORDER APPROVING STIPULATION RE AVOIDING LIEN OF VIRTUAL BANK

Debtors' motion to value the lien of VirtualBank ("Junior Lienholder") against the property commonly known as 1257 Kerney St, Santa Rosa, CA, Sonoma County APN: 012-464-007-000 ("Real Property"), at $0 and to avoid that lien upon completion of debtors' chapter 13 plan, has been resolved by a stipulation that was signed by both parties and filed with the court on May 14, 2010, as document #16 on the court's docket for this case ("Stipulation").

Good cause appearing and the parties having agreed, the Stipulation is approved by the court.

Dated:  August 20, 2010

_____
Alan Jaroslovsky
United States Bankruptcy Judge