Form ODD13

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Santa Rosa)

| | |
|---|---|
| **In re:**<br>Diggory B.B. Williams<br>1257 Kerney St<br>Santa Rosa, CA 95401<br><br>Margaret M. Heard–Williams<br>1257 Kerney St<br>Santa Rosa, CA 95401<br>　　　　　　　Debtor(s)<br><br>**Debtor/Joint Debtor Social Security Number(s):**<br>　xxx–xx–4412<br>　xxx–xx–1693 | **Case Number:** 10–10557 AJ<br>**Chapter:** 13 |

## ORDER DISCHARGING DEBTOR

The plan of the debtor(s) having been fully performed, **IT IS ORDERED as follows**:

The debtor(s) is/are discharged of all debts provided for by the plan except to the extent that applicable federal law provides otherwise.


Dated: 7/5/13　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　Alan Jaroslovsky
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Doc #31