DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475


FILED
JUL - 8 2013
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    DIGGORY B.B. and MARGARET M.
WILLIAMS

Chapter 13
Case No. 10-1-0557 AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $7.73 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 6 | SABADELL UNITED BANK / <br> P O BOX 11733 <br> NEWARK, NJ 07101-4733 | $7.73 |

Dated:  July 2, 2013

_____
CECILIA MARCELO
Receipts Administrator